39 So.2d 298

### Frank M. CARTER v. STATE.
#### 4 Div. 532.

Supreme Court of Alabama.
Feb. 24, 1949.

J. A. Carnley, of Elba, for petitioner.
A. A. Carmichael, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Frank M. Carter for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Carter v. State, 39 So.2d 297.

Writ denied.

BROWN, SIMPSON and STAKELY, JJ., concur.